No. 1126. UNIVERSAL MARINE CORP. ET AL. *v.* ENCYCLOPEDIA BRITANNICA, INC. C. A. 2d Cir. Certiorari denied. *John J. Sullivan* for petitioners. *F. Herbert Prem* for respondent.

No. 1139. KONIGSBERG *v.* NEW YORK. C. A. 2d Cir. Certiorari denied. *Frank A. Lopez* for petitioner. *Frank S. Hogan, Michael R. Juviler,* and *David Otis Fuller, Jr.,* for respondent.

No. 1152. DUGGER *v.* UNITED STATES. C. A. 8th Cir. Certiorari denied. *Lewis E. Pierce* and *Robert G. Duncan* for petitioner. *Solicitor General Griswold* for the United States.

No. 1163. UNITED MINE WORKERS OF AMERICA *v.* TENNESSEE CONSOLIDATED COAL CO. ET AL. C. A. 6th Cir. Certiorari denied. *Edward L. Carey, Harrison Combs, Willard P. Owens, E. H. Rayson,* and *M. E. Boiarsky* for petitioner. *William D. Spears, Judson Harwood, William M. Ables, Jr.,* and *John A. Rowntree* for respondents.

No. 907. UNITED STATES *v.* 959.68 ACRES OF LAND IN MERCER COUNTY, PENNSYLVANIA. C. A. 3d Cir. Certiorari denied. MR. JUSTICE DOUGLAS is of the opinion that certiorari should be granted. *Solicitor General Griswold, Assistant Attorney General Kashiwa, S. Billingsley Hill,* and *Edmund B. Clark* for the United States. *Bernard Goldstone* for respondent.

No. 1067. WRIGHT *v.* VIRGINIA. Sup. Ct. App. Va. Certiorari denied. MR. JUSTICE DOUGLAS is of the opinion that certiorari should be granted. *Stanley M. Dietz* for petitioner.